IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREW MORALES,

    Plaintiff,

v.                                                                                  No. 23-cv-00925-KG-KRS

THE BOARD OF COUNTY
COMMISSIONERS FOR THE COUNTY
OF BERNALILLO,

    Defendant.

## ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte* upon review of the docket.

Plaintiff Andrew Morales commenced this case on September 1, 2023, by filing a civil complaint in the Second Judicial District Court, Bernalillo County, New Mexico. (Doc. 1-1). Defendant removed the case to this Court on October 20, 2023. (Doc. 1). When he filed the complaint, Morales was incarcerated in the Bernalillo Metropolitan Detention Center ("MDC"), which is his address of record. The MDC website shows that Morales is no longer in custody, but he has not provided a current address as required by D.N.M. LR-Civ. 83.6. *See* https://gtlinterface.bernco.gov/custodylist/ (last visited April 10, 2024).

**IT IS THEREFORE ORDERED** that within thirty (30) days of entry of this Order, Morales shall notify the Clerk in writing of his new address or show cause why this action should not be dismissed. The failure to timely comply will result in dismissal without further notice.

_____
UNITED STATES MAGISTRATE JUDGE